SEALED

UNSEALED PER ORDER OF COURT
1/30/20 dlg

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

November 2019 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. **20 CR 0314 MMA** |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 18, U.S.C., Sec. 1956(h) – Conspiracy to Launder Monetary Instruments; Title 18, U.S.C., Secs. 1029(b)(2), 1029(a)(3), and (c)(1)(A)(i) – Conspiracy to Possess Fifteen or More Unauthorized Access Devices; Title 18, U.S.C., Secs. 982(a)(1), 982(a)(2)(B), 982(b)(1) and 1029(c)(1)(C) – Criminal Forfeiture |
| DAVIT SIMONYAN (1), aka "Davo," VAHRAM SIMONYAN (2), ARSEN MINASYAN (3), GOR PLAVCHYAN (4), ARSEN GALSTYAN (5), MUKUCH MKRTCHYAN (6), SMBAT SHAHINYAN (7), | |
| Defendants. | |

The grand jury charges, at all times material to the Indictment:

**Introductory Allegations**

1. An "access device" was any card, plate, code, account number, electronic serial number, personal identification number, or other means of account access that could be used, alone or in conjunction with another access device, to obtain money, goods, or services. Common forms of access devices were debit and credit cards, as well as the account information typically encoded on debit and credit cards.

NWP:nlv:San Diego
1/24/20

2.  An "unauthorized access device" was any access device that was lost, stolen, or obtained with intent to defraud.

3.  Unauthorized access devices were commonly obtained by taking the account information of unwitting victims and re-encoding it on blank cards to simulate legitimate debit or credit cards. Unwitting victims' account information was commonly obtained by skimming devices that would surreptitiously capture it during an otherwise legitimate transaction at a point of sale such as a gas pump or ATM.

## Count 1

## Money Laundering Conspiracy

## 18 U.S.C. § 1956(h)

### [DAVIT SIMONYAN, VAHRAM SIMONYAN, ARSEN MINASYAN]

4.  Beginning on a date unknown but no later than March 27, 2017, up until at least January 24, 2020, in the Southern District of California and elsewhere, defendants DAVIT SIMONYAN, aka "Davo," VAHRAM SIMONYAN, and ARSEN MINASYAN, and others known and unknown, did knowingly conspire together and with each other to commit offenses against the United States in violation of Title 18, United States Code, Section 1956, to wit:

   a.  to knowingly conduct and attempt to conduct financial transactions affecting interstate and foreign commerce, which involved the proceeds of specified unlawful activity, that is, access device fraud and wire fraud, knowing that the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, and that while conducting and attempting to conduct such financial transactions, knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity,

2

1  in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i);
2  and
3      b.  to knowingly conduct and attempt to conduct financial
4  transactions affecting interstate commerce and foreign commerce, which
5  transactions involved the proceeds of specified unlawful activity, that
6  is, access device fraud and wire fraud, knowing that the transaction was
7  designed in whole and in part to avoid a transaction reporting
8  requirement under Federal law, and that while conducting and attempting
9  to conduct such financial transaction knew that the property involved
10 in the financial transaction, represented the proceeds of some form of
11 unlawful activity, in violation of Title 18, United States Code,
12 Section 1956(a)(1)(B)(ii).

**PURPOSE OF THE CONSPIRACY**

5.  The purpose of the conspiracy was for defendants DAVIT SIMONYAN, VAHRAM SIMONYAN, and ARSEN MINASYAN to launder the proceeds of access device fraud, wire fraud, and other unlawful schemes, and thereby enrich themselves and their associates.

**MANNER AND MEANS**

6.  The manner and means used to accomplish the objectives of the conspiracy included, among others, the following:

    a.  Defendants DAVIT SIMONYAN and VAHRAM SIMONYAN would create shell corporations that would have the appearance of legitimate businesses but would principally be used to launder the proceeds of access device fraud, wire fraud, and other unlawful schemes;

    b.  Defendants DAVIT SIMONYAN and VAHRAM SIMONYAN would open bank accounts in their own names and the names of their shell corporations in order to launder these proceeds;

c. Defendants DAVIT SIMONYAN, MINASYAN, and their accomplices and co-conspirators, would use unauthorized access devices to withdraw cash from unwitting victims' accounts at ATMs across the country, including in the Southern District of California;

d. Defendants DAVIT SIMONYAN, MINASYAN, and their accomplices and co-conspirators, would use unauthorized access devices to purchase hundreds of thousands of dollars of postal money orders with unwitting victims' funds at U.S. Post Offices across the country, including in the Southern District of California;

e. Defendants DAVIT SIMONYAN, MINASYAN, and their accomplices and co-conspirators, would typically transfer the proceeds of this access device fraud back to the Central District of California in order to conduct the financial transactions constituting money laundering;

f. Defendants DAVIT SIMONYAN, VAHRAM SIMONYAN, and their accomplices and co-conspirators, would orchestrate staged car collisions involving vehicles that they had insured, in order to collect the proceeds on a fraudulent insurance claim after sending the damaged vehicle to be repaired at an auto mechanic controlled by an accomplice;

g. Defendants DAVIT SIMONYAN and VAHRAM SIMONYAN would deposit the proceeds, in the form of cash, checks and money orders, into bank accounts held in their names and the names of their shell corporations; from March 2017 to August 2018, DAVIT SIMONYAN and VAHRAM SIMONYAN deposited approximately $536,009 in postal money orders into a single bank account (a JP Morgan Chase account ending in '0108) held in the name of B.B.L.S., which was a shell corporation;

//
//

h.   Defendants DAVIT SIMONYAN and VAHRAM SIMONYAN would then withdraw the laundered proceeds in cash, use them to pay their everyday expenses, or conduct additional financial transfers with them in order to further obscure their source; and

i.   Defendants DAVIT SIMONYAN and VAHRAM SIMONYAN would commonly structure their cash withdrawals in order to avoid the $10,000 threshold requiring the filing of a Currency Transaction Report under Federal law; in the month of August 2018, $91,500 was withdrawn from the B.B.L.S. JP Morgan Chase account ending in '0108 on the following dates and in the following amounts: $8,000 withdrawn on August 1, 2018; $8,900 withdrawn on August 2, 2018; $8,000 withdrawn on August 3, 2018; $8,600 withdrawn on August 6, 2018; $7,000 withdrawn on August 7, 2018; $2,500 withdrawn on August 8, 2018; $9,000 withdrawn on August 15, 2018; $5,500 withdrawn on August 16, 2018; $8,000 withdrawn on August 20, 2018; $4,000 withdrawn on August 21, 2018; $7,000 withdrawn on August 22, 2018; $8,000 withdrawn on August 24, 2018; and $7,000 withdrawn on August 27, 2018. All in violation of Title 18, United States Code, Section 1956(h).

### Count 2

### Conspiracy to Possess Fifteen or More

### Unauthorized Access Devices

### 18 U.S.C. § 1029(b)(2)

[DAVIT SIMONYAN, ARSEN MINASYAN, GOR PLAVCHYAN, ARSEN GALSTYAN, MUKUCH MKRTCHYAN, SMBAT SHAHINYAN]

7.   Beginning on a date unknown to the grand jury but no later than March 23, 2017, up until at least January 24, 2020, within the Southern District of California and elsewhere, defendants DAVIT SIMONYAN, aka "Davo," ARSEN MINASYAN, GOR PLAVCHYAN, ARSEN GALSTYAN, MUKUCH MKRTCHYAN, and SMBAT SHAHINYAN, and others known and unknown, did

knowingly and with intent to defraud, conspire to possess fifteen (15) and more unauthorized access devices, affecting interstate and foreign commerce, and did engage in conduct in furtherance of such offense; in violation of Title 18, United States Code, Sections 1029(b)(2), 1029(a)(3), and (c)(1)(A)(i).

**PURPOSE OF THE CONSPIRACY**

8. The purpose of the conspiracy was for the defendants to obtain account information of unwitting victims by skimming devices and other unlawful means, to use that information to create unauthorized access devices, and then to use those devices to withdraw cash and purchase postal money orders in the aggregate amount of hundreds of thousands of dollars using funds drawn on the accounts of unwitting victims, in the Southern District of California and throughout the United States.

**MANNER AND MEANS**

9. The manner and means used to accomplish the objectives of the conspiracy included, among others, the following:

   a. Defendant DAVIT SIMONYAN and others would use skimming devices to capture the account information of unwitting victims from common points of sale, such as gas pumps or ATMs;

   b. Defendant DAVIT SIMONYAN and others would use the account information obtained from unwitting victims to re-encode unauthorized access devices for their own use, and for use by their co-conspirators and accomplices;

   c. Defendants DAVIT SIMONYAN, MINASYAN, GOR PLAVCHYAN, GALSTYAN, MKRTCHYAN, and SHAHINYAN would use the unauthorized access devices to make cash withdrawals from ATMs connected to financial institutions involved in interstate and foreign commerce;

d.  Defendants DAVIT SIMONYAN, MINASYAN, GOR PLAVCHYAN, GALSTYAN, MKRTCHYAN, and SHAHINYAN would use the unauthorized access devices to purchase large quantities of postal money orders from U.S. Post Offices;

e.  Defendants DAVIT SIMONYAN, MINASYAN, GOR PLAVCHYAN, GALSTYAN, MKRTCHYAN, and SHAHINYAN would use various methods to conceal their access device fraud activities, such as committing the crimes at a multitude of different locations through the United States to evade detection and capture; renting cars to use while committing the crimes instead of using their own vehicles; and using aftermarket compartments inside their vehicles to conceal their unauthorized access devices, card readers, large bundles of cash, and other tools of the trade;

f.  Defendants DAVIT SIMONYAN, MINASYAN, GOR PLAVCHYAN, GALSTYAN, MKRTCHYAN, and SHAHINYAN would make arrangements for the cash proceeds of this conspiracy to be laundered through the financial system, including by depositing them in accounts held by others and by laundering them through casinos; and

g.  Defendants DAVIT SIMONYAN, MINASYAN, GOR PLAVCHYAN, GALSTYAN, MKRTCHYAN, and SHAHINYAN would make arrangements for the postal money order proceeds of this conspiracy to be laundered through the financial system, including by depositing them in accounts held by DAVIT SIMONYAN and others.

**OVERT ACTS**

10.  In furtherance of the conspiracy and to effect its objects, the following overt acts, among others, were committed within the Southern District of California, and elsewhere, on or about the dates below:

7

a. On June 6, 2018, in Glendale, California, defendants DAVIT SIMONYAN and MINASYAN were in possession of six (6) postal money orders and seventy-five (75) unauthorized access devices;

b. On September 24, 2018, the following defendants used unauthorized access devices to purchase postal money orders at the listed U.S. Post Offices:

|     | U.S. Post Office Location | Defendant |
| --- | --- | --- |
| 1.  | Downtown San Diego, California | GALSTYAN |
| 2.  | Southeast San Diego, California | MINASYAN |
| 3.  | Southeast San Diego, California | GOR PLAVCHYAN |
| 4.  | Southeast San Diego, California | GALSTYAN |
| 5.  | Coronado, California | GALSTYAN |
| 6.  | Eastlake, California | MINASYAN |
| 7.  | Eastlake, California | GOR PLAVCHYAN |
| 8.  | La Jolla, California | GALSTYAN |
| 9.  | Linda Vista, California | GALSTYAN |
| 10. | Paradise Hills, California | MINASYAN |
| 11. | Paradise Hills, California | GOR PLAVCHYAN |
| 12. | Serra Mesa, California | GALSTYAN |
| 13. | Taft, California | GALSTYAN |

c. On September 25, 2018, the following defendants used unauthorized access devices to purchase postal money orders at the listed U.S. Post Offices:

|     | U.S. Post Office Location | Defendant |
| --- | --- | --- |
| 1.  | Escondido, California | MINASYAN |
| 2.  | Escondido, California | GOR PLAVCHYAN |
| 3.  | Hillcrest, California | GALSTYAN |

8

|     | U.S. Post Office Location      | Defendant     |
| --- | ------------------------------ | ------------- |
| 4.  | La Mesa, California            | GALSTYAN      |
| 5.  | Orange Glen, California        | MINASYAN      |
| 6.  | Orange Glen, California        | GOR PLAVCHYAN |
| 7.  | Poway, California              | MINASYAN      |
| 8.  | Rancho Bernardo, California    | MINASYAN      |
| 9.  | Rancho Bernardo, California    | GOR PLAVCHYAN |
| 10. | Rancho Del Ray, California     | GALSTYAN      |
| 11. | San Ysidro, California         | GALSTYAN      |
| 12. | Tierra Santa, California       | GALSTYAN      |

d.  On September 26, 2018, the following defendants used unauthorized access devices to purchase postal money orders at the listed U.S. Post Offices:

|     | U.S. Post Office Location       | Defendant     |
| --- | ------------------------------- | ------------- |
| 1.  | Bonita, California              | MINASYAN      |
| 2.  | Bonita, California              | GOR PLAVCHYAN |
| 3.  | Carlsbad, California            | GALSTYAN      |
| 4.  | Eastlake, California            | GOR PLAVCHYAN |
| 5.  | La Costa, California            | GALSTYAN      |
| 6.  | National City, California       | MINASYAN      |
| 7.  | National City, California       | GOR PLAVCHYAN |
| 8.  | Oceanside, California           | GALSTYAN      |
| 9.  | Poway, California               | GALSTYAN      |
| 10. | Rancho Del Ray, California      | GOR PLAVCHYAN |
| 11. | Rancho Penasquitos, California  | GALSTYAN      |
| 12. | Sorrento Valley, California     | GALSTYAN      |

e. On September 27, 2018, the following defendants used unauthorized access devices to purchase postal money orders at the listed U.S. Post Offices:

| | U.S. Post Office Location | Defendant |
|---|---|---|
| 1. | Grantville, California | MINASYAN |
| 2. | Grantville, California | GOR PLAVCHYAN |
| 3. | La Mesa, California | MINASYAN |
| 4. | La Mesa, California | GOR PLAVCHYAN |

f. On October 1, 2018, the following defendants used unauthorized access devices to purchase postal money orders at the listed U.S. Post Offices:

| | U.S. Post Office Location | Defendant |
|---|---|---|
| 1. | Corona, California | GOR PLAVCHYAN |
| 2. | Moreno Valley, California | GALSTYAN |
| 3. | Riverside, California | GALSTYAN |

g. On October 2, 2018, the following defendants used unauthorized access devices to purchase postal money orders at the listed U.S. Post Offices:

| | U.S. Post Office Location | Defendant |
|---|---|---|
| 1. | Chino Hills, California | MINASYAN |
| 2. | Chino Hills, California | GOR PLAVCHYAN |
| 3. | Diamond Bar, California | MINASYAN |
| 4. | Diamond Bar, California | GOR PLAVCHYAN |
| 5. | West Covina, California | MINASYAN |
| 6. | West Covina, California | GOR PLAVCHYAN |

h. On October 9, 2018, the following defendants used unauthorized access devices to purchase postal money orders at the listed U.S. Post Offices:

|    | U.S. Post Office Location      | Defendant     |
|----|--------------------------------|---------------|
| 1. | Hillcrest, California          | MINASYAN      |
| 2. | National City, California      | GOR PLAVCHYAN |
| 3. | Rancho Bernardo, California    | MINASYAN      |
| 4. | Rancho Bernardo, California    | GOR PLAVCHYAN |
| 5. | Sorrento Valley, California    | GALSTYAN      |
| 6. | Tierra Santa, California       | MINASYAN      |
| 7. | University City, California    | GALSTYAN      |

i. On October 9, 2018, defendant MINASYAN used unauthorized access devices to make fraudulent cash withdrawals from ATMs in National City, California;

j. On October 10, 2018, the following defendants used unauthorized access devices to purchase postal money orders at the listed U.S. Post Offices:

|    | U.S. Post Office Location        | Defendant     |
|----|----------------------------------|---------------|
| 1. | La Jolla, California             | GOR PLAVCHYAN |
| 2. | Linda Vista, California          | GALSTYAN      |
| 3. | Poway, California                | GALSTYAN      |
| 4. | Rancho Bernardo, California      | GALSTYAN      |
| 5. | Rancho Penasquitos, California   | GALSTYAN      |
| 6. | Tierra Santa, California         | GALSTYAN      |
| 7. | University City, California      | MINASYAN      |
| 8. | University City, California      | GOR PLAVCHYAN |

11

k. On October 11, 2018, the following defendants used unauthorized access devices to purchase postal money orders at the listed U.S. Post Offices:

|   | U.S. Post Office Location | Defendant |
|---|---|---|
| 1. | Downtown San Diego, California | GALSTYAN |
| 2. | El Cajon, California | MINASYAN |
| 3. | El Cajon, California | GOR PLAVCHYAN |
| 4. | La Jolla, California | GALSTYAN |
| 5. | La Mesa, California | MINASYAN |
| 6. | National City, California | GALSTYAN |
| 7. | University City, California | GALSTYAN |

l. On January 4, 2019, defendant GALSTYAN used unauthorized access devices to purchase postal money orders at a U.S. Post Office in Linda Vista, California;

m. On January 4, 2019, defendant MKRTCHYAN used unauthorized access devices to make fraudulent cash withdrawals from ATMs in and around San Diego, California;

n. On July 23, 2019, defendant SHAHINYAN used unauthorized access devices to make fraudulent cash withdrawals from ATMs in Brooklyn, New York;

o. On July 25, 2019, defendant MINASYAN used unauthorized access devices to make fraudulent cash withdrawals from ATMs in Brooklyn, New York;

p. On July 25, 2019, defendant GOR PLAVCHYAN used unauthorized access devices to make fraudulent cash withdrawals from ATMs in Brooklyn, New York;

12

  q. On July 25, 2019, defendant MKRTCHYAN used unauthorized access devices to make fraudulent cash withdrawals from ATMs in Brooklyn, New York;

  r. On July 26, 2019, defendant MKRTCHYAN used unauthorized access devices to make fraudulent cash withdrawals from ATMs in Brooklyn, New York;

  s. On August 12, 2019, defendant SHAHINYAN used unauthorized access devices to purchase postal money orders at a U.S. Post Office in Nameoki, Illinois;

  t. On August 12, 2019, defendant MINASYAN used unauthorized access devices to make fraudulent cash withdrawals from ATMs in Crestwood, Missouri; and

  u. On August 13, 2019, defendants MINASYAN and SHAHINYAN were in possession of sixty-eight (68) unauthorized access devices, a large bundle of cash, and an electronic card reader hidden inside of an aftermarket vehicle compartment.

All in violation of Title 18, United States Code, Section 1029(b)(2).

**CRIMINAL FORFEITURE**

11. The allegations contained in Counts 1 and 2 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Sections 982(a)(2) and 1029(c)(1)(C).

12. Upon conviction of the offense in violation of Title 18, United States Code, Section 1956(h) set forth in Count 1 of this Indictment, defendants DAVIT SIMONYAN, aka "Davo," VAHRAM SIMONYAN, and ARSEN MINASYAN, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(1), all property, real and

personal, involved in the offense and all property traceable to such property.

13. Upon conviction of the offense in violation of Title 18, United States Code, Section 1029(b)(2) set forth in Count 2 of this Indictment, defendants DAVIT SIMONYAN, aka "Davo," ARSEN MINASYAN, GOR PLAVCHYAN, ARSEN GALSTYAN, MUKUCH MKRTCHYAN, and SMBAT SHAHINYAN, shall forfeit to the United States of America:

    a. pursuant to Title 18, United States Code, Section 982(a)(2)(B), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation; and

    b. pursuant to Title 18, United States Code, Section 1029(c)(1)(C), any personal property used or intended to be used to commit the offense.

14. If any of the property described above, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

//
//
//
//
//

1 | the United States of America shall be entitled to forfeiture of
2 | substitute property pursuant to Title 21, United States Code,
3 | Section 853(p), as incorporated by Title 18, United States Code,
4 | Sections 982(b)(1) and 1029(c)(2).
5 | All pursuant to Title 18, United States Code, Sections 982(a)(1),
6 | 982(a)(2)(B), 982(b)(1), and 1029(c)(1)(C).
7 |         DATED: January 24, 2020.

A TRUE BILL:

_____
Foreperson

ROBERT S. BREWER, JR.
United States Attorney

By:  _____
     NICHOLAS W. PILCHAK
     Assistant U.S. Attorney

15