1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

10

UNITED STATES OF AMERICA,

11

Plaintiff,

12

v.

13

14

DAVIT SIMONYAN (1),
    aka "Davo,"

15

VAHRAM SIMONYAN (2),

16

ARSEN MINASYAN (3),
GOR PLAVCHYAN(4),

17

ARSEN GALSTYAN (5),

18

MUKUCH MKRTCHYAN (6),
SMBAT SHAHINYAN (7),

19

20

Defendants.

21

Case No.:  20CR0314 MMA


**ORDER CONTINUING
MOTION HEARING/TRIAL SETTING
AND EXCLUDING TIME UNDER THE
SPEEDY TRIAL ACT**

22    For the reasons stated by the parties in their joint motion, and pursuant to 18

23  U.S.C. § 3161(h)(7),

24    IT IS HEREBY ORDERED that:

25    1.    The motion hearing and trial setting presently set for May 18, 2020 is

26  continued to July 20, 2020 at 2:00 p.m.  The parties shall file their motions, if any, two

27  weeks before the hearing date, with responses due one week prior to the hearing.

28    2.    Time from the May 13, 2020 filing of this motion until the continued

motion hearing date is excluded under the Speedy Trial Act, as the Court finds that the

ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial for the following reasons:

a. The ongoing public health emergency recognized in the Orders of the Chief Judge of this Court has made preparing for trial and the filing of motions substantially more difficult; although the parties have exercised reasonable diligence in reviewing discovery, identifying and interviewing witnesses, and otherwise preparing for trial, the present circumstances has burdened those efforts and a reasonable continuance is appropriate to enable them to be accomplished;

b. The discovery in this case is very voluminous; to date, it includes approximately 77,646 pages of written discovery and 423 audio/video files, and additional discovery is contemplated;

c. The crimes charged in the indictment occurred over almost three years, span at least five states, and involved a number of individuals including those charged in this case and others.  Investigating the allegations, reviewing the discovery, and investigating possible defenses in such a case is time-consuming under normal circumstances and more so under the conditions of the global pandemic

d. The ability of the United States to summarize the most relevant evidence for each defendant and his counsel has been hampered by the ongoing public health emergency and the related social distancing measures, notwithstanding the parties' diligence.

e. The Court also finds that a failure to grant the requested continuance would deny defense counsel the reasonable time necessary to prepare for trial, taking into account the existence of due diligence.

3.     Time shall accordingly be excluded under 18 U.S.C. § 3161(h)(7)(B)(iv) dating from the time the parties' motion was filed under 18 U.S.C. 3161(h)(1)(D).

*United States v. SIMONYAN et al.*
*20-cr-314-MMA*

4.      The Court expressly finds that this continuance is granted, in part, based upon the extraordinary circumstances of the ongoing public health emergency, as recognized in the Orders of the Chief Judge of this Court and approved by the Ninth Circuit Judicial Council, and not because of general congestion of the court's calendar, or lack of diligent preparation on the part of any party.

5.      Time shall also be excluded as to each defendant individually pursuant to 18 U.S.C. § 3161(h)(6), based upon the Court's finding that this exclusion is reasonable as to each individual defendant based upon the exclusion as to his codefendants.

SO ORDERED.

DATED: May 13, 2020

_____
HON. MICHAEL M. ANELLO
United States District Court

*United States v. SIMONYAN et al.*
*20-cr-314-MMA*