UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>DAVIT SIMONYAN (1),<br><br>                Defendant. | Case No. 20cr314-MMA-1<br><br>**AMENDED ORDER OF CRIMINAL FORFEITURE**<br><br>[Doc. No. 291] |

On October 1, 2021, this Court entered its Preliminary Order of Criminal Forfeiture, which condemned and forfeited to the United States all right, title and interest of DAVIT SIMONYAN (1) ("Defendant") in the following properties, pursuant to Title 18, United States Code, Section 982(a)(1):

    a.    $10,755 in cash seized on January 30, 2020 from 7850 Denivelle Road in Sunland, California;

    b.    Numerous cellular telephones and other digital and electronic devices seized on January 30, 2020 from 7850 Denivelle Road in Sunland, California; and

    c.    Postal money orders bearing serial numbers 23888660771, 115832854, 24571461396, 25145829270, 25115832843 and 24571461385, with a total face value of $2,929.00, seized on or about June 6, 2018 by the Glendale Police Department.

For thirty (30) consecutive days ending on November 28, 2021, the United States published on its forfeiture website, www.forfeiture.gov, notice of the

1  Court's Order and the United States' intent to dispose of the properties in such
2  manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n) and
3  Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset
4  Forfeiture Actions, and further notifying all third parties of their right to petition the
5  Court within thirty (30) days of the final publication for a hearing to adjudicate the
6  validity of their alleged legal interest in the properties.
7        On or near December 2, 2021, Notice of Order of Forfeiture was sent by
8  Federal Express as follows:

| Name and Address | Tracking No. | Result |
| --- | --- | --- |
| Vahram Simonyan (2)<br>c/o Lance M. Rosenberg<br>Attorney at Law<br>15910 Ventura Blvd., Suite 1150<br>Encino, CA 91436 | 775360646499 | Delivered on 12/8/21 |
| Arsen Minasyan (3)<br>c/o Meghan Annette Blanco<br>Law Offices of Meghan Blanco<br>28202 Cabot Road, Suite 300<br>Laguna Niguel, CA 92677 | 775360961659 | Delivered on 12/6/21 |
| Gor Plavchyan (4)<br>c/o Melanie Killedjian, Esq.<br>Killedjian Law Corporation<br>15233 Ventura Blvd., Suite 324<br>Sherman Oaks, CA 91403 | 775361161686 | Delivered on 12/6/21 |
| Arsen Galstyan (5)<br>c/o Rafayel Michael Mgdesyan<br>Attorney at Law<br>4529 Sherman Oaks Avenue<br>Sherman Oaks, CA 91403 | 775361213426 | Delivered on 12/6/21 |
| Mukuch Mkrtchyan (6)<br>c/o William R. Burgener<br>Attorney at Law<br>3990 Old Town Avenue, Suite C105<br>San Diego, CA 92110 | 775361290700 | Delivered on 12/3/21 |
| Smbat Shahinyan (7)<br>c/o Alex Robert Kessel<br>Attorney at Law<br>15910 Ventura Blvd., Suite 1030<br>Encino, CA 91436 | 775361373711 | Delivered on 12/6/21 |

28  //

| Name and Address | Tracking No. | Result |
|---|---|---|
| Susanna Vardayan, Narine Adamyan, and Hripsima Zakaryan 7850 Denivelle Road Sunland, CA 91040-2210 | 775361451087 | Delivered on 12/4/21 |

Thirty (30) days have passed following the final date of notice by publication and notice by Federal Express, and no third party has made a claim to or declared any interest in the forfeited properties described above.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, as a result of the failure of any third party to come forward or file a petition for relief from forfeiture as provided by law, all right, title and interest of DAVIT SIMONYAN (1) and any and all third parties in the following properties are hereby condemned, forfeited and vested in the United States of America:

    a.    $10,755 in cash seized on January 30, 2020 from 7850 Denivelle Road in Sunland, California;

    b.    Numerous cellular telephones and other digital and electronic devices seized on January 30, 2020 from 7850 Denivelle Road in Sunland, California; and

    c.    Postal money orders bearing serial numbers 23888660771, 115832854, 24571461396, 25145829270, 25115832843 and 24571461385, with a total face value of $2,929.00, seized on or about June 6, 2018 by the Glendale Police Department.

IT IS FURTHER ORDERED that any and all interest of the following persons are specifically terminated and forfeited to the United States of America as to the above-referenced properties:

Vahram Simonyan (2)
Arsen Minasyan (3)
Gor Plavchyan (4)
Arsen Galstyan (5)
Mukuch Mkrtchyan (6)
Smbat Shahinyan (7)
Susanna Vardayan,
Narine Adamyan, and
Hripsima Zakaryan

IT IS FURTHER ORDERED that costs incurred by the United States Secret Service and any other governmental agencies which were incident to the seizure,

//

custody and storage of the properties be the first charge against the forfeited properties.

IT IS FURTHER ORDERED that the United States Secret Service shall dispose of the forfeited properties according to law.

IT IS FURTHER ORDERED THAT the money judgment imposed upon Defendant DAVIT SIMONYAN (1) in the amount of $642,347.16, included in the Preliminary Order of Criminal Forfeiture that was entered on October 1, 2021, is hereby affirmed.

**IT IS SO ORDERED**.

Dated:  January 18, 2022

HON. MICHAEL M. ANELLO
United States District Judge