# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DAVIT SIMONYAN (1),<br>　　aka "Davo,"<br>VAHRAM SIMONYAN (2),<br>ARSEN GALSTYAN (5),<br><br>　　　　　Defendants. | Case No.: 20CR0314-MMA<br><br>**ORDER DIRECTING ACKNOWLEDGEMENT OF SURETIES** |

　　　　Whereas each of the named defendants, to wit, DAVIT SIMONYAN (1), VAHRAM SIMONYAN (2), and ARSEN GALSTYAN (5), were sentenced by this Court to terms of custody; and

　　　　Whereas each of the named defendants was allowed to remain on bond pending self-surrender; and

　　　　Whereas self-surrender dates were set out at defense counsel's request, with Defendant DAVIT SIMONYAN ordered to surrender by noon on June 22, 2022, Defendant VAHRAM SIMONYAN ordered to surrender by noon on July 13, 2022, and Defendant ARSEN GALSTYAN ordered to surrender by noon on August 10, 2022, *see generally* ECF 321–23;

IT IS HEREBY ORDERED that:

1. Counsel for each named defendant shall file an acknowledgement of surety or sureties, reflecting that each of their sureties consents to remain serving as such now that defendants have been sentenced to custodial terms and ordered to surrender by a date certain.

2. Said acknowledgements of surety must be filed by Friday, April 29, 2022 at close of business.

SO ORDERED.

DATED: April 22, 2022

_____
HONORABLE MICHAEL M. ANELLO
United States District Judge