# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br>v.<br>DAVIT SIMONYAN (1),<br><br>                          Defendant. | Case No.:  20cr314-MMA-1<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE SELF-SURRENDER DATE; AND**<br><br>[Doc. No. 335]<br><br>**VACATING AND RESETTING STATUS HEARING RE: SELF-SURRENDER** |

      On August 2, 2021, Defendant Davit Simonyan pleaded guilty to count one of the Indictment charging Defendant with money laundering conspiracy in violation of 18 U.S.C. § 1956(h).  *See* Doc. No. 236.  The Court subsequently sentenced Defendant to a 46-month term of imprisonment.  *See* Doc. No. 321.  The Court ordered Defendant to surrender into the custody of the United States Marshal for this district no later than 12:00 noon on June 22, 2022.  *Id*.  Defendant now moves for a continuance of the date upon which he must self-surrender.  *See* Doc. No. 335.  The government has neither joined nor opposed the request.

      Upon due consideration, good cause appearing, the Court **GRANTS** Defendant's

motion. Accordingly, Defendant must surrender into the custody of the United States Marshal for this district **no later than 12:00 noon on July 29, 2022**.

The status hearing re: self-surrender previously scheduled for June 29, 2022 is **VACATED** and **RESET** for **August 10, 2022 at 11: 00 a.m**.

IT IS SO ORDERED.

Dated: June 21, 2022

*[signature]*

HON. MICHAEL M. ANELLO
United States District Judge